# Court of Appeals
# of the State of Georgia

ATLANTA,_____August 05, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A2129.  ANNIE F. TUNALI v. CAPITAL ONE BANK (USA), N. A.**

Annie F. Tunali filed this direct appeal seeking review of the trial court's order denying her motion to set aside a judgment under OCGA § 9-11-60 (d).  An appeal from the denial of a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal. OCGA § 5-6-35 (a) (8); see *MMT Enterprises, Inc. v. Cullars*, 218 Ga. App. 559, 561 (2) (462 SE2d 771) (1995). Tunali's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____08/05/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*